### HAWKINS and Others *v.* THE GARDEN.

APPEAL from the *Fountain* Common Pleas.

*Per Curiam.*—In this case no question is presented to this Court. The case is brought up on the facts, but there is no bill of exceptions containing them.

The judgment below is affirmed, with costs.

*Mallory* and *Birch*, for the appellants.